**FILED**

12/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0656

IN THE SUPREME COURT OF THE
STATE OF MONTANA
Supreme Court Cause No. DA 24-0656

---

TROUT UNLIMITED,

      Appellant and Objector,

v.

PETRICH FAMILY LIMITED PARTNERSHIP,

      Appellee and Claimant.

---

## ORDER GRANTING APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

---

On Appeal from the Montana Water Court,
Case No. 43B-0354-R-2020
Hon. Stephen R. Brown, Associate Water Judge Presiding

---

Upon review and consideration of Appellant and Objector Trout Unlimited's Unopposed Motion for Extension of Time, Made pursuant to M.R.App.P. Rule 26(1), and for good cause appearing,

1

IT IS HEREBY ORDERED that Appellant and Objector Trout Unlimited is granted an extension of time to and including February 12, 2025, within which to prepare, file, and serve its Opening Brief on appeal.

Electronically signed and dated below.

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 31 2024